STATE OF CONNECTICUT *v.* JOHN WALZER
(AC 15073)

Schaller, Hennessy and Dupont, Js.

Argued November 10—officially released December 2, 1997

Per Curiam. The judgment is affirmed.

LAURIE M. AHEARN *v.* MICHAEL Y. AHEARN
(AC 17147)

Foti, Dupont and Daly, Js.

Submitted on briefs November 13—officially released December 2, 1997

Per Curiam. The judgment is affirmed.

ANTONIO DEOLIVERIA *v.* ROSS AND
ROBERTS, INC., ET AL.
(AC 16726)

Foti, Dupont and Daly, Js.

Submitted on briefs November 13—officially released December 2, 1997

Per Curiam. The decision of the workers' compensation review board is affirmed.